**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 2:22-CR-00004-BSM-20**

**TRACY PICKINS** **DEFENDANT**

**ORDER**

The government's motion for summons [Doc. No. 832] is granted and the clerk is directed to issue a summons and the United States Marshals Service is directed to serve the summons and a copy of this order on Pickins to appear **Wednesday, January 13, 2027 at 1:30 p.m.** at Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom 2D, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that Pickins is to report to the United States Probation Office, 600 West Capitol Avenue, Room A226, forty-five minutes before the scheduled hearing.

The clerk is directed to provide a copy of the motion to the United States Marshals. Federal Public Defender Molly K. Sullivan is appointed to represent Pickins. The clerk is also directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 9th day of November, 2026.

UNITED STATES DISTRICT JUDGE